UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PRICE,

    Plaintiff,

                                          Case No. 25-cv-12050
v.                                           Hon. Matthew F. Leitman

MONTCALM COUNTY JAIL, *et al.*,

    Defendants.

_____/

## ORDER DISMISSING PLAINTIFF'S COMPLAINT (ECF No. 1) WITHOUT PREJUDICE

In this action, Plaintiff Robert Price alleges that the Defendants violated his constitutional rights when he was arrested and prosecuted in Montcalm County, Michigan. (*See* Compl., ECF No. 1.) At the time Price filed his Complaint, he failed to either pay the required filing fee or file an application to proceed *in forma pauperis* ("IFP"). Accordingly, the Court ordered Price to correct that deficiency by no later than August 20, 2025. (*See* Order, ECF No. 3.) The Court sent that deficiency order, and a notice of the Court's prisoner mediation program, to the address Price provided the Court. (*See* ECF Nos. 2, 3.)

Price has not responded to the Court's deficiency order. Nor has he contacted the Court to seek additional time to respond or paid the required filing fee. Accordingly, because Price has failed to comply with the deficiency order by paying

1

the required filing fee or filing an application to proceed IFP, the Court **DISMISSES** Price's Complaint (ECF No. 1) **WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: September 22, 2025

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 22, 2025, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126