UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT PRICE,

    Plaintiff,

v.

                              Case No. 25-cv-12050
                              Hon. Matthew F. Leitman

MONTCALM COUNTY, *et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (ECF No. 8)

In this action, Plaintiff Robert Price brought claims against Montcalm County, Michigan and several elected officials in that County arising out of his arrest and prosecution in that County. (*See* Compl., ECF No. 1.) At the time Price filed his Complaint, he failed to either pay the required filing fee or file an application to proceed *in forma pauperis*. Accordingly, the Court ordered Price to correct that deficiency by no later than August 20, 2025. (*See* Order, ECF No. 3.) When Price failed to do so, the Court dismissed his Complaint without prejudice. (*See* Order, ECF No. 5.)

On October 8, 2025, Price filed a motion for reconsideration. (*See* Mot., ECF No. 8.) In that motion, Price attempts to provide the Court information from which

1

it may be able to determine whether he is entitled to proceed *in forma pauperis*. The Court has carefully reviewed Price's motion and **DENIES** it for two reasons.

First, Price has not shown any error in the Court's initial decision to dismiss his Complaint. At the time that the Court dismissed the Complaint, Price had failed to pay the required filing fee, file an application to proceed *in forma pauperis*, or respond to the Court's deficiency order. Price's attempt to cure those failures through his motion for reconsideration does not persuade the Court that it erred when it initially dismissed his Complaint without prejudice.

Second, and more importantly, even if the Court did reconsider its dismissal of this action based on Price's failure to pay the filing fee, it would still conclude that Price's case should not be reinstated here because it was filed in the wrong venue. As noted above, Price brings his Complaint against Montcalm County, Michigan and several elected officials in that County for alleged conduct that took place in that County. Montcalm County is located in the Western District of Michigan. *See* 28 U.S.C. § 102(b)(1) (identifying Montcalm County as part of the Western District of Michigan). Thus, if Price wishes to bring claims in a federal court against Montcalm County and Montcalm County Defendants for conduct that took place in Montcalm County, he shall file those claims in the United States District Court for the Western District of Michigan.

For all of these reasons, Price's motion for reconsideration (ECF No. 6) is **DENIED**.

Dated: October 16, 2025

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126